MINUTES OF PROCEEDINGS
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| Paul Curie, <br><br> Plaintiff(s), <br> v. <br><br> Huntington National Bank <br><br> Defendant(s). | Date: November 13, 2018 <br><br> Judge Donald C. Nugent <br><br> Court Reporter: None <br><br> Case Number: 1:18 cv 799 |

Status conference held by telephone; both parties represented. Parties are finalizing last settlement details + expect to have a signed agreement w/in 2 weeks. Parties to file joint motion to dismiss upon completion. Telephone status set for 11/28/18 @ 9:30 by phone if resolution is not complete.

Length of Proceeding: 15 MIN.

Donald C. Nugent 11/19/18
United States District Judge